Patricia Rodriguez Esq., SBN 270639
**RODRIGUEZ LAW GROUP, INC.**
7220 North Rosemead Blvd, Suite 133
San Gabriel, California 91775
Office Phone: (626) 888-5206
Facsimile: (626) 282-0522
Email: prod@attorneyprod.com

Attorneys for Plaintiffs,
Frank A. Acuna and Leonard Scott Fineberg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. ACUNA, an individual; LEONARD SCOTT FINEBERG, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> QUICKEN LOANS INC.; NEW REZ LLC; NATIONAL DEAULT SERVICING CORPORATION; and DOES 1-10 inclusive, <br><br> Defendants. | Case No.: 2:19-CV-10056 <br><br> **MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER** <br><br><br> Date:      March 5, 2020 <br> Time      8:30 a.m. <br> Dept.:      9D, 9th Floor <br> Judge:      Judge George H. Wu |

**TO THE COURT, AND ALL OTHER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Patricia Rodriguez, Esq., counsel for

Plaintiff FRANK A. ACUNA and LEONARD SCOTT FINEBERG, hereby

-1-

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

moves this Court to allow her to withdraw as counsel of record for Plaintiffs FRANK A. ACUNA and LEONARD SCOTT FINEBERG. Patricia Rodriguez moves under California Code of Civil Procedure section 284(2) and California Rules of Court, rule 3.1362, for an order permitting the attorney to be relieved as attorney in this action or proceeding.

A hearing on this motion to be relieved as counsel will be held on March 5, 2020 at 8:30 a.m. in Department 9D, 9th Floor, at 1st Street Courthouse, 350 W. 1st Street, Los Angeles, CA. 90012.

This motion is made on the grounds that irreconcilable differences have arisen between Counsel and Plaintiffs that have rendered it impossible for Counsel to continue with representation. The party currently represented are individuals. Therefore, Patricia Rodriguez, Esq., requests that this Court grant the instant motion and relive her as counsel of record for the Plaintiffs in this matter.

This motion is supported by the accompanying declaration, the papers and records filed in this action or proceeding.

Therefore, Patricia Rodriguez, Esq., requests that this Court grant the instant motion and relive her as counsel of record for the Plaintiffs in this matter.

Dated: February 13, 2020        **RODRIGUEZ LAW GROUP, INC.**

_/s/ Patricia Rodriguez_____
Patricia Rodriguez,
Attorney for Plaintiffs

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

1

2

### MEMORANDUM OF POINTS AND AUTHORITIES

3

4

### I.      INTRODUCTION

5

6       On several occasions and by different methods counsel for Plaintiffs'

7  counsel has attempted to work with Plaintiffs in a professional manner so as to

8  move along in this case in the most effective manner. Unfortunately, Plaintiffs and

9  Plaintiffs' counsel have not been able to get on the same page after months of

10 trying.  As a result of the ongoing relationship that has developed between

11 Plaintiffs and Plaintiffs' counsel concerning the attorney and client relationship

12 and the overseeing of this case, Plaintiffs it impossible for counsel to proceed in

13 any manner with this case.

14

### II.     LEGAL STANDARD

15

16       The decision to grant or deny a motion to withdraw as counsel for a party is

17 within the trial court's discretion. See *Huntington Learning Ctrs., Inc. v. Educ.*

18 *Gateway, Inc.* No. 09-cv-3200-PSG (VBKx), 2009 WL 2337863, at *1 (C.D. Cal

19 July 28, 2009. Pursuant to the local rules of this district, "[a]n attorney may not

20 withdraw as counsel except by leave of court." C.D. Cal. L.R. 83-2.3.2; see also

21 *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992). "A motion for

22 leave to withdraw must be made upon written notice given reasonably in advance

23 to client and to all other parties who have appeared in the action…and must be

24 supported by good cause." C.D. Cal. L.R. 83-2.3.2.

25       In determining whether good cause is shown, the court may consider: (1)

26 the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to

27 other litigants; (3) the harm withdrawal might cause to the administration of

28

MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA
RODRIGUEZ; [PROPOSED] ORDER

justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Liang v. Cal-Bay Int'l, Inc.*, No. 06CV1082-WMC, 2007 WL 3144099, at *1 (S.D. Cal. Oct. 24, 2007). The court may also consider any relevant rules of professional responsibility. *Austin Inv. Fund,* 2011 WL 4947550, at *1. However, "[u]nless good cause is shown and the ends of just require, no substitution or relief of attorney will be approved that will cause delay in prosecution of the case to completion." C.D. Cal. L.R. 83-2.3.5.

Different local rules govern withdrawal from representation of individuals and organizations. When attorneys withdraw from representation of individuals, the Local Rules require the individual to appear pro se or appoint new counsel. C.D. Cal. L.R. 93-2.3.3. Additionally, individuals doing business as an organization must also adhere to C.D. Cal. L.R. 83-2.3.3. See *Kaisha v. Sunshine Shipping Inc.* No. CV125473BROJPRX, 2013 WL 12114007, at *2 (C.D. Cal. Aug. 22, 2013) (an individual doing business as an organization may continue pro se).

However, "[o]nly individuals may represent themselves pro se"; corporations cannot appear pro se in federal court. C.D. Cal. L.R. 83-2.2.2., 83-2.3.4; *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 202 (1993) (stating that a corporation "may appear in the federal courts only through licensed counsel").

## II. COUNSEL IS JUSTIFIED FOR REQUEST TO BE REMOVED AS COUNSEL FOR PLAINTIFFS

The California State Bar Rules of Professional Conduct Rule 1.16 Declining or Terminating Representation states: Except as stated in paragraph (c), a lawyer may withdraw from representing a client if: the client by other conduct

-4-

renders it unreasonably difficult for the lawyer to carry out the representation effectively.

On several occasions Plaintiffs' counsel has emailed and spoken with Plaintiffs concerning matters of their case and how to proceed forward. Since the outset of the case there has been a continued breakdown in communication that has negatively affected this Attorney-Client relationship. Unfortunately, the relationship has only proceeded to worsen as litigation has continued. Plaintiffs' counsel has been forced into a position now where it has become unreasonably difficult for her to carry out representation of Plaintiffs' effectively.

I have confirmed with Plaintiffs via email and phone within the last 45 days that their current address to be is 196 E. Arrow Hwy., Claremont, CA 91711. This motion is being served on them via USPS certified mail at 196 E. Arrow Hwy., Claremont, CA 91711

Plaintiffs filed their First Amended Complaint on January 21, 2020. Counsel for Plaintiffs is currently meeting and conferring with opposing counsel regarding their intended response to the amended complaint, which Plaintiffs' counsel anticipates being a Motion to Dismiss.

Trial is currently set on November 20, 2020, however discovery is still pending and the facts of the case are still at issue . Withdrawal will not prejudice the parties, harm the administration of justice, or unreasonably delay the resolution of this case.

**III. CONCLUSION**

Plaintiffs have indicated they don't want to release me from counsel and I'm unsure if they have attempted to find other counsel. For the foregoing reasons, Counsel's Motion to Withdraw as Counsel for Plaintiffs should be granted.

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

1

2

3
Dated: February 13, 2020          **RODRIGUEZ LAW GROUP, INC.**

4
                                  /s/ *Patricia Rodriguez*_____

5
                                  Patricia Rodriguez,
                                  Attorney for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

### DECLARATION OF PATRICIA RODRIGUEZ

I, Patricia Rodriguez, declare as follows:

1.  I am an attorney duly licensed in the State of California.  I represent Plaintiffs Frank Acuna and Leonard Scott Fineberg on behalf of the Rodriguez Law Group, Inc.

2.  The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

3.  Since the outset of representation, I have worked my best to represent Plaintiffs to the best of my abilities. Unfortunately, during the course of our attorney client relationship, there has been many speed bumps along the way which has resulted in my ability to work with Plaintiffs and to represent them effectively.

4.  I have confirmed with Plaintiffs via email and phone within the last 45 days that their current address to is 196 E. Arrow Hwy., Claremont, CA 91711 932.

5.  This motion is being served on them via USPS certified mail at 196 E. Arrow Hwy., Claremont, CA 91711

6.  Plaintiffs filed their First Amended Complaint on January 21, 2020.

7.  I'm currently meeting and conferring with opposing counsel regarding their intended response to the amended complaint, which I anticipate being a Motion to Dismiss.

8.  Trial is currently set on 11/20/20, discovery is still pending and the facts of the case are still at issue.

9.  Upon filing this motion with the Court I will send Plaintiffs a courtesy copy via email and will have a hard copy mailed to their address.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

Executed in San Gabriel, CA, on February 13, 2020.


/s/ *Patricia Rodriguez*
By:  Patricia Rodriguez
Declarant

-8-

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

1

2

**CERTIFICATE OF SERVICE**

3

4

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Gabriel, California: my business address is RODRIGUEZ LAW GROUP, INC., 7220 N. Rosemead Blvd. Suite 133, San Gabriel, California 91775.

5

6

7

On the date below, I served a copy of the foregoing document entitled

8

9

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**

10

11

On the interested parties in said case as follows:

12

**Served Electronically Via the Court's CM/ECF System**

13

14

Ofunne N. Edoziem
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721

15

16

17

18

I hereby certify that I electronically filed the foregoing with the United States District Court, Central District of California using the appellate CM/ECF system on February 13, 2020.

19

20

21

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made. This declaration is executed in San Gabriel, California on February 13, 2020.

22

23

24

25

/s/ *Patricia Rodriguez*_____
By: Patricia Rodriguez, Esq.

26

27

28

**MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF PATRICIA RODRIGUEZ; [PROPOSED] ORDER**