Patricia Rodriguez Esq., SBN 270639
**RODRIGUEZ LAW GROUP, INC.**
7220 North Rosemead Blvd, Suite 133
San Gabriel, California 91775
Office Phone: (626) 888-5206
Facsimile: (626) 282-0522
Email: prod@attorneyprod.com

Attorneys for Plaintiffs,
Frank A. Acuna and Leonard Scott Fineberg

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. ACUNA, an individual; LEONARD SCOTT FINEBERG, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>QUICKEN LOANS INC.; NEW REZ LLC; NATIONAL DEAULT SERVICING CORPORATION; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:19-CV-10056<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**<br><br>Date:     March 5, 2020<br>Time     8:30 a.m.<br>Dept.:    9D, 9th Floor<br>Judge:   Judge George H. Wu |

Patricia Rodriguez seeks to withdraw as counsel of record for Plaintiffs FRANK A. ACUNA and LEONARD SCOTT FINEBERG in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 700(A)(1). As this Court finds that Ms. Rodriguez has submitted satisfactory

-1-

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

reasoning for withdrawal, and the granting of her Motion will not cause substantial prejudice or delay to any party.

    IT IS HEREBY ORDERED that Patricia Rodriguez's Motion to Withdraw as Counsel for Plaintiff FRANK A. ACUNA and LEONARD SCOTT FINEBERG is GRANTED, and Patricia Rodriguez is hereby terminated as counsel of record in this proceeding.

DATED:_____

BY:_____
Hon. Judge George H. Wu.
United States District Court

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Gabriel, California: my business address is RODRIGUEZ LAW GROUP, INC., 7220 N. Rosemead Blvd. Suite 133, San Gabriel, California 91775.

On the date below, I served a copy of the foregoing document entitled

# [PROPOSED] ORDER

On the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Ofunne N. Edoziem
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721

I hereby certify that I electronically filed the foregoing with the United States District Court, Central District of California using the appellate CM/ECF system on February 13, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made. This declaration is executed in San Gabriel, California on February 13, 2020.

        /s/ *Patricia Rodriguez*_____
        By: Patricia Rodriguez, Esq.