# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANK A. ACUNA, an individual; LEONARD SCOTT FINEBERG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>QUICKEN LOANS INC.; NEWREZ LLC; NATIONAL DEFAULT SERVICING CORPORATION; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:19-cv-10056-MCS-KS<br><br>**JUDGMENT** |

Following this Court's April 8, 2021 Order granting Defendant QUICKEN LOAN, LLC's (formerly known as Quicken Loans Inc.) ("Quicken Loans") Motions to Dismiss the Second Amended Complaint of Plaintiffs FRANK A. ACUNA and LEONARD SCOTT FINEBERG ("Plaintiffs"), it is hereby ORDERED AND ADJUDGED that Judgment is entered in favor of Quicken Loans and against Plaintiffs. Plaintiffs shall take nothing as against Quicken Loans.

**IT IS SO ORDERED.**

Dated: April 19, 2021          By: _____
                                    Honorable Mark C. Scarsi
                                    United States District Judge